IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 1:12-cr-0126 |
| CHARLES MILLER | : | |

**O R D E R**

**AND NOW**, this 23rd day of October, 2012, based upon careful consideration of the Report & Recommendation of United States Magistrate Judge J. Andrew Smyser (Document #21), I find that the defendant is acting voluntarily and not as a result of force or threats or promises; that he understands his rights and the consequences of his plea; and that he voluntarily waives his right to trial. I also find that the defendant's guilty plea is supported by an independent basis in fact as to each of the essential elements of the offense charged against him in the Felony Information.

Accordingly:

1. The Report & Recommendation is APPROVED and ADOPTED;

2. I accept the defendant's plea of guilty to the Felony Information; and

3. I direct the entry of a judgment of guilty on the plea.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.